

# ADDERLEY INDUSTRIES, INC.

111 Kreischer Street • Staten Island, NY 10309
Telephone (718) 967-2220 • Fax (718) 967-8408

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 10 NOV 2011

November 8, 2011

The Honorable Judge Paul A. Crotty
Judge, US Southern District Court of New York
Pro Say Office
500 Pearl Street
Room 230
New York, NY 10007

Re:   Case Number: 11 CIV 6043

Dear Judge Crotty;

We are currently in dispute with our insurance carrier regarding legal representation for the case referenced above. Although we expect a resolution shortly, we need to request an extension to answer this summons. Therefore, taking the Thanksgiving holiday into account, we are respectfully asking for an extension until December 8, 2011.

Thank you in advance for your time and consideration.

Sincerely,
ADDERLEY INDUSTRIES, INC.

*Lawrence Presser*
Lawrence Presser
President
lpresser@americancommunication.com

LP/as

**SO ORDERED:**   10 NOV 2011

*Paul A. Crotty*
HON. PAUL A. CROTTY
UNITED STATES DISTRICT JUDGE

"Copy Mailed By Chambers"

**MEMO ENDORSED**

Herb Adderley • Pro Football Hall of Fame • 1980