

475 Park Avenue South, 12th Floor • New York, New York 10016

Telephone: (212) 300-0375 • Facsimile: (212) 481-1333 • www.fslawfirm.com

**APPLICATION GRANTED**
**SO ORDERED**
**VERNON S. BRODERICK**
**U.S.D.J.** 4/27/2015

**Via Electronic Case Filing**
Hon. Vernon S. Broderick, U.S.D.J.
United States District Court, S.D.N.Y.
40 Foley Square
New York, New York 10007

      Re:    *Salomon et al v. Adderley Industries, Inc.*
              *Civil Action No.: 11 CV 6043 (VSB)*

Dear Judge Broderick:

      Together with Shulman Kessler LLP, we represent the Plaintiffs and putative class in the above-referenced action. We write jointly with Defendants to respectfully request that the parties' deadline to submit a stipulation of dismissal or seek settlement approval be extended two weeks, from April 24, 2015 to May 8, 2015. The parties recently finalized the terms of a comprehensive settlement agreement and request this extension to resolve an administration issue. This is the parties' second request to extend this deadline, and we do not anticipate requesting any additional extensions. All parties consent to this extension.

      We thank Your Honor for your time and attention to this matter.

                                        Respectfully submitted,

                                        Joseph A. Fitapelli

cc:      Counsel of Record (via ECF)