IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| GEORDANY J. SALOMON and DONIELLE LEWIS, on behalf of themselves, and all others similarly situated, DWIGHT EDGHILL, and SHANRAY POWELL, individually, <br><br> Plaintiffs, <br><br> -against- <br><br> ADDERLEY INDUSTRIES, INC., AMERICAN COMMUNICATIONS INDUSTRIES, INC., LAWRENCE PRESSER, individually, JOSEPH MISSERI, individually, and VINCENT CESTARO, individually, <br><br> Defendants. | 11 Civ. 6043 (VSB) <br><br><br> STIPULATION AND PROPOSED ORDER OF DISMISSAL WITH PREJUDICE |

IT IS HEREBY STIPULATED AND AGREED, by and between the parties in the above-captioned action, through their undersigned counsel, that, whereas no party hereto is an infant or incompetent person for whom a committee has been appointed and no person not a party has an interest in the subject matter of the action, in accordance with Rule 41 of the Federal Rules of Civil Procedure, the action be dismissed with prejudice and without costs or attorneys' fees (other than those costs and attorneys' fees specified in the Settlement Agreement and Release) as to all claims, with each party to bear its own fees and costs.

Dated: New York, New York
MAY 27, 2015

Attorneys for Plaintiffs

By: _____
Joseph A. Fitapelli
Fitapelli & Schaffer, LLP
475 Park Avenue South, 12th Floor
New York, New York 10016
Tel: (212) 300-0375

Troy L. Kessler
Shulman Kessler, LLP
510 Broadhollow Road, Suite 110
Melville, New York 11747
Tel: (631) 499-9100

Dated: New York, New York
May 27, 2015

Attorneys for Defendants

By: _____
Ralph Ferrara
Ferrara Law Group, P.C.
224 W. State Street
Trenton, New Jersey 08608
Tel: (609) 571-3738

- 2 -

SO ORDERED on this  28  day of     May      , 2015

*Vernon Broderick*
Vernon S. Broderick
United States District Judge